MARGARET C. ILLINGWORTH, Respondent, v. GEORGE ILLINGWORTH, as Administrator, etc., of GEORGE J. ILLINGWORTH, Deceased, Appellant.— Motion for

leave to appeal to the Court of Appeals denied.  Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.